# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1490
Lower Tribunal No. 2024-CC-006828

_____

ANGEL HERNANDEZ,

Appellant,

v.

REGENCY PLACE HOMEOWNERS' ASSOCIATION, INC.,

Appellee.

_____

Appeal from the County Court for Polk County.
Anne T. Gibson, Judge.

March 6, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

STARGEL, WOZNIAK and SMITH, JJ., concur.


Angel Hernandez, Davenport, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED